

Josh Mozell - State Bar #030865
**MOZELL LAW GROUP, P.L.L.C.**
2525 E. Biltmore Circle, D-140
Phoenix, Arizona 85016
Phone: 602-834-1625
Fax:  602-834-6860
E-mail:  jmozell@mozellgroup.com

Holly R. Gieszl - State Bar #013845
**THE GIESZL FIRM**
3200 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012
Phone: 602-277-0772
Fax: 602-702-2052
Email:  holly@gieszlfirm.com

Matthew P. MacLeod, Esq. – State Bar #022573
Lincoln C. Combs Esq. – State Bar #025080
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
Phone:  (602) 252-8888
Fax:  (602) 274-1209
Email:  mmacleod@vanosteen.com
Email:  lcombs@vanosteen.com
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmanuel Walker,<br><br>　　　　Plaintiff<br><br>vs.<br><br>Arizona, State of, et al<br><br>　　　　Defendants. | NO.  CV-22-1401-PHX-DWL-ESW<br><br>**Stipulation to Dismiss Remaining Counts** |



On February 14, 2024, the Honorable Dominic W. Lanza granted Defendants' Motion for Partial Judgment on the Pleadings (Doc. 28) dismissing Count Three of Plaintiff's complaint without leave to amend.

The parties, by and through counsel undersigned, hereby stipulate to dismiss the remaining counts with prejudice, each side to bear its own fees and costs.

RESPECTFULLY SUBMITTED this 29th day of February, 2024.

**O'STEEN & HARRISON**

By: _____
    Matthew P. MacLeod, Esq.
    Lincoln C. Combs Esq.

**MOZELL LAW GROUP, P.L.L.C.**
Josh Mozell
**THE GIESZL FIRM**
Holly R. Gieszl
Attorneys for Plaintiff

**JONES, SKELTON & HOCHULI PLC**

    */s/ Ravi V. Patel (w-permission)*
By: _____
    Georgia A. Staton, Esq.
    Ravi V. Patel, Esq.



**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all parties of record.

By:   */s/ Matthew P. MacLeod*
      Matthew P. MacLeod