

1  Josh Mozell - State Bar #030865
2  **MOZELL LAW GROUP, P.L.L.C.**
   2525 E. Biltmore Circle, D-140
3  Phoenix, Arizona 85016
   Phone: 602-834-1625
4  Fax:  602-834-6860
5  E-mail: jmozell@mozellgroup.com

6  Holly R. Gieszl - State Bar #013845
7  **THE GIESZL FIRM**
   3200 N. Central Avenue
8  Suite 1500
   Phoenix, Arizona 85012
9  Phone: 602-277-0772
10 Fax: 602-702-2052
   Email: holly@gieszlfirm.com

12 Matthew P. MacLeod, Esq. – State Bar #022573
   Lincoln C. Combs Esq. – State Bar #025080
13 **O'STEEN & HARRISON, PLC**
   300 W. Clarendon Ave., Suite 400
14 Phoenix, Arizona 85013-3424
15 Phone:  (602) 252-8888
   Fax:  (602) 274-1209
16 Email: mmacleod@vanosteen.com
   Email: lcombs@vanosteen.com
17 **Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmanuel Walker, | NO.  CV-22-1401-PHX-DWL-ESW |
| Plaintiff | **Notice of Appeal** |
| vs. | |
| Arizona, State of, et al | |
| Defendants. | |

O'STEEN & HARRISON

NOTICE IS HEREBY GIVEN that Emmanuel Walker, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's Judgment/dismissal entered on March 1, 2024 (Doc 43).

A representation statement that identifies all parties to this appeal along with the names, address, and telephone numbers of their counsel is attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 21st day of March, 2024.

**O'STEEN & HARRISON**

By: _____
    Matthew P. MacLeod, Esq.
    Lincoln C. Combs Esq.

**MOZELL LAW GROUP, P.L.L.C.**
Josh Mozell
**THE GIESZL FIRM**
Holly R. Gieszl

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all parties of record.

By:    */s/ Matthew P. MacLeod*
       Matthew P. MacLeod

# Exhibit A

## Representation Statement

| **Party** | **Counsel** |
|---|---|

*Plaintiff/Appellant EMMANUEL WALKER, Guardian of ISSAC CONTRERAS, An incapacitated adult,*

Matthew P. MacLeod – State Bar #022573
Lincoln C. Combs – State Bar #025080
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Avenue, Suite 400
Phoenix, Arizona 85013-3424
Phone: (602) 252-8888
Fax: (602) 274-1209
Email: mmacleod@vanosteen.com
Email: lcombs@vanosteen.com

Josh Mozell - State Bar #030865
**MOZELL LAW GROUP, P.L.L.C.**
2525 E. Biltmore Circle, D-140
Phoenix, Arizona 85016
Phone: 602-834-1625
Fax: 602-834-6860
E-mail: jmozell@mozellgroup.com

Holly R. Gieszl - State Bar #013845
**THE GIESZL FIRM**
3200 N. Central Avenue
Suite 1500
Phoenix, Arizona 85012
Phone: 602-277-0772
Fax: 602-702-2052
Email: holly@gieszlfirm.com

*Defendants/Appellees STATE OF ARIZONA, a Governmental entity; AARON BOWEN, and JANE DOE BOWEN, husband and wife; DONALD HERRINGTON and JANE DOE HERRINGTON, husband and wife; CARA CHRIST, M.D., and JOHN DOE CHRIST, wife and husband; KATHERINE WOODS*

Georgia Stanton – State Bar #004863
Ravi Patel – State Bar #030184
JONES, SKELTON & HOCHULI
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Phone: (602) 263-1752
Fax: (602) 200-7854
Email: gstaton@jshfirm.com
Email: rpatel@jshfirm.com

*D.O. and JOHN DOE WOODS, wife and husband; JANE DOES I-X, inclusive; JOHN DOES I-X, inclusive; BLACK CORPORA-TIONS IX, inclusive; WHITE ENTITIES I-X, inclusive*

.